

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**
**CLERK**                                                              312-435-5698

March 28, 2008

Edward Alan Cohen
Cohen & Hussien, P.C.
6901 W. 111th Street
Worth, IL 60482

RE:       Asset Recovery, Inc.  -  v - Whitney Holding Corporation
          08 C 1786   -   Judge   Robert W. Gettleman

Dear Counselor:


The records of this office indicate that on     March 27, 2008          a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter.
The notice lists the circuit court case number as   **08 L 2645.**     The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.


                                                  Sincerely yours,

                                                  Michael W. Dobbins, Clerk



                                                  By:   s/ Haydee Pawlowski
                                                          Deputy Clerk