# United States District Court

For the Northern District of Illinois
Eastern Division

| | | |
|---|---|---|
| ASSET RECOVERY, INC. <br> an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> WHITNEY HOLDING CORPORATION, <br> a Louisiana Corporation, d/b/a <br> WHITNEY NATIONAL BANK, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 08 CV 1786 <br><br> Judge Gettlemen <br><br> Magistrate Judge Schenkier |

## **A P P E A R A N C E**

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

**Whitney Holding Corporation, d/b/a Whitney National Bank**

Kurt M. Carlson
Print Name on this Line

Tishler & Wald, Ltd.
Firm Name

/s/Kurt M. Carlson
Signature

FIRM ID NUMBER: _____

ATTORNEY ID NUMBER:  06236568

200 South Wacker Drive, Suite 3000
Street Address

Chicago, IL 60606
City          State          Zip

Telephone   (312) 876-3800

☐   Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

☐   DATED:

TYPE OF DEFENSE COUNSEL:

☐   CJA _____, RETAINED _____, SELF _____, NONE OTHER _____, PUB DEF _____

FOR OFFICE USE ONLY:

☐   Party Code: P _____ D _____ TP _____