IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ASSET RECOVERY, INC,
an Illinois Corporation,

      Plaintiff,

v.

WHITNEY HOLDING CORPORATION,
a Louisiana Corporation, D/B/A
WHITNEY NATIONAL BANK,

      Defendants.

No: 08-CV-01786

_____

**PLAINTIFF'S ANSWERS TO AFFIRMATIVE DEFENSE**
_____

NOW COMES ASSET RECOVERY, INC., an Illinois corporation, ("Plaintiff"), by and through its attorneys, COHEN & HUSSIEN, P.C., and for its Answers to Defendant's Affirmative Defense, states as follows:

AFFIRMATIVE DEFENSE: SETOFF

1. Whitney and Davis executed certain agreements and amendments whereby Davis was to provide courier services to Whitney.

    ANSWER: Plaintiff admits the allegations set forth in paragraph 1.

2. During the term of the agreements, Davis failed to provide all courier services required of it under the agreement, forcing Whitney to use alternate courier services.

    ANSWER: Plaintiff denies all allegations set forth in paragraph 2.

1

3. Davis's failure to perform all required services caused Whitney damages in the amount of $12,257.40.

    ANSWER: Plaintiff denies all allegations set forth in paragraph 3.

4. Further, Davis unilaterally and without cause terminated the agreements between Davis and Whitney and ceased all courier services.

    ANSWER: Plaintiff denies all allegations set forth in paragraph 4.

5. In having to retain and pay alternative courier services after Davis's unilateral termination and cessation of courier services, Whitney has been damaged.

    ANSWER: Plaintiff denies all allegations set forth in paragraph 5.

6. Asset Recovery, Inc. has claimed it has been assigned all right title and interest to the agreements between Whitney and Davis.

    ANSWER: Plaintiff admits all allegations set forth in paragraph 6.

WHEREFORE, ASSET RECOVERY, INC., prays for the entry of a judgement in its favor and against Defendant, WHITNEY NATIONAL BANK, herein, in the amount of $289,704.25 through the date of judgment, plus costs and attorneys' fees, and for such further relief as this Court deems just and proper.

Respectfully submitted,

Cohen & Hussien, P.C.

By: /s/Shereen Mady
One of Plaintiff's attorneys

Attorney Code. 39565
COHEN & HUSSIEN
Attorneys for Plaintiff
6901 W. 111th Street
Worth, IL 60482
(708) 361-3030

2