IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ASSET RECOVERY, INC, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WHITNEY HOLDING CORPORATION, a Louisiana Corporation, D/B/A WHITNEY NATIONAL BANK,<br><br>Defendants. | No: 08-CV-01786 |

---

# JOINT STATUS REPORT
---

NOW COMES Plaintiff, ASSET RECOVERY, INC., an Illinois corporation, ("Plaintiff"), and Defendant, WHITNEY HOLDING CORP., a Louisiana corporation, ("Defendant"), by and through their respective counsels, and submit their Joint Status Report pursuant to the court's Standing Order entered August 7, 2008:

**A.   Status Hearing Date**

September 3, 2008 at 9:00 a.m.

**B.   Attorneys of Record**

Attorney for Plaintiff:
#39665
Edward Cohen
Shereen Mady
Cohen & Hussien, P.C.
6901 W. 111th Street
Worth, IL 60482
708.361.3030 (p)
708.361.4207 (f)

Attorney for Defendant:
#26508
Kurt M. Carlson
Martin J. Wasserman
Tishler & Wald, Ltd.
200 S. Wacker Drive, Ste 3000
Chicago, IL 60606
312.876.3800 (p)
312.876-3816 (f)

C.                       **Basis of Federal Jurisdiction**

Diversity jurisdiction is conferred pursuant to 28 U.S.C. § 1332 where the matter in controversy exceeds the sum or value of $75,000 and parties are citizens of different states. In this matter Plaintiff seeks relief in the amount of $289,704.25 plus attorneys fees and court costs and while the Plaintiff is an Illinois corporation, Defendant is a Louisiana corporation.

Defendant removed this case from the Circuit Court of Cook County pursuant to 28 U.S.C. § 1446(b).

D.     **Jury Requests**

None

E.     **Nature of Claims**

Plaintiff alleges that Defendant unilaterally terminated a services agreement (the "Agreement") prior to the scheduled termination date. Pursuant to the agreement, Defendant owes Plaintiff an amount equal to seventy-five (75%) percent of the charges remaining to be paid through the scheduled termination date of the agreement.

Defendant alleges that Plaintiff terminated the Agreement and further alleges that damage clause contained in the Agreement is an unenforceable penalty clause.

F.     **Relief Sought**

Plaintiff seeks relief in the amount of $289,704.25 plus attorneys fees and court costs.

Defendant seeks dismissal of Plaintiff's claims.

G.     **Parties Not Served**

All parties have been served at this time.

H.     **Principal Legal Issues**

Whether Defendant breached the Agreement with Plaintiff, whether Plaintiff breached the Agreement and whether the damages clause contained in the Agreement is an unenforceable penalty clause.

I.     **Principal Factual Issues**

Whether Defendant unilaterally terminated the Agreement with Plaintiff prior to the

scheduled termination date. Whether Plaintiff terminated the Agreement with Defendant and whether any damages the Plaintiff actually suffered is in proportion to the damages provision in the Agreement.

**J.     Anticipated Motions**

Plaintiff does not anticipate any motions at this time. Defendant anticipates a Motion for Summary Judgment and a motion concerning the validity of the damages provision in the Agreement.

**K.     Discovery Plan**

Neither party has made their initial disclosures pursuant to Fed. Rule Civ. P. 26 and Local Rule 26.1.

Plaintiff expects to complete written discovery in 60 days by October 31, 2008 and to complete oral discovery thereafter by January 31, 2009.

Defendant expects to complete written discovery by December 31, 2008 and oral discovery by March 31, 2009

**L.     Trial Date and Length**

If no dispositive motions are filed after completion of discover, both parties expects to be ready for trial by April, 2009 and estimate the trial to last two days.

**M.     Settlement Status**

Some settlement negotiations took place prior to Plaintiff's filing suit.  To date, Defendant made an Offer of Judgment in the amount of $14,935.21, which was rejected by Plaintiff. Both parties are open to a settlement conference.

**N.     Magistrate Judge**

Both Parties agree to proceed before the Magistrate Judge.

Date:  August 27, 2008.

                                                    Respectfully submitted,
                                                    Cohen & Hussien, P.C.

                                                    By: /s/Shereen Mady
                                                       One of Plaintiff's attorneys

                **WHITNEY HOLDING CORPORATION**
                **d/b/a WHITNEY NATIONAL BANK,**


              By:    */s/ Kurt M. Carlson*
                        One of its Attorneys

Attorney Code. 39565
COHEN & HUSSIEN
Attorneys for Plaintiff
6901 W. 111th Street
Worth, IL 60482
(708) 361-3030


Kurt M. Carlson
Martin J. Wasserman
**TISHLER & WALD, LTD**.
200 S. Wacker Drive
Suite 3000
Chicago, IL 60606
Tel: (312) 876-3800
Fax: (312) 876-3816
*Attorneys for Defendant*